AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*          DISTRICT OF   NEVADA

TIMOTHY H. JOHNSON,

    Plaintiff,        JUDGMENT IN A CIVIL CASE
V.

        CASE NUMBER:  **3:12-CV-00064-RCJ-WGC**

DEBI LIGHTSEY, et al.,

    Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the complaint is **DISMISSED WITH PREJUDICE**, in its entirety, as frivolous and for failure to state a claim.


  June 7, 2012                      **LANCE S. WILSON**
                                            Clerk


                                       /s/ D. R. Morgan
                                         Deputy Clerk